JOHN BRASTED, executor,

*v.*

GEORGE M. SUTTON and wife and others.

On an application to equity to aid a mortgagee, who was prosecuting an ejectment at law to obtain possession of the property under his mortgage, a receiver was appointed. It appeared that the mortgagor was insolvent and had removed from the premises and given possession to another who occupied for his own use without paying rent; and it appeared, also, that the mortgagor had committed waste, and threatened to commit more, and that the premises were an insufficient security.

Bill to foreclose. Petition for receiver. On order to show cause and affidavits.

*Mr. C. J. Roe,* for complainant.

*Mr. L. Cochran,* for mortgagor.

Carpenter *v.* Smith.

THE CHANCELLOR.

This application is made in aid of proceedings at law—an action of ejectment brought by the complainant on his mortgage for the recovery of possession of the mortgaged premises. The mortgagor is insolvent; the property is an insufficient security; the mortgagor has moved away from the premises and given possession to a person who is to occupy them for his own use without payment of rent and without accounting for the use thereof; and the mortgagor has committed waste and threatened to commit more.

A receiver will be appointed.